```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

JOHN ANDERSON,                    )
                                  )
            Plaintiff,            )
                                  )
     v.                           )   No. 06 C 6315
                                  )
KHAYAT TAVERN GROUP, INC., et al.,)
                                  )
            Defendants.           )

<u>MEMORANDUM ORDER</u>

John Anderson ("Anderson") purports to bring this action to this District Court on diversity of citizenship grounds. But:

   1. As to Anderson and the two individual defendants, the Complaint alleges only their respective places of residence, not (as required) their respective states of citizenship. Although <u>Held v. Held</u>, 137 F.3d 998, 1000 (7th Cir. 1998) directs that the Complaint be dismissed under such circumstances, this Court will hold off on such dismissal until November 28, 2006 to enable Anderson's counsel to file an appropriate amendment to Complaint ¶¶1, 5 and 6.

   2. As to each of the three corporate defendants, the Complaint fails to address fully the dual corporate citizenship spelled out by 28 U.S.C. §1332(c)(1). That too would justify dismissal for lack of subject matter jurisdiction, but this Court will also hold off on such dismissal until November 28 to permit the filing of an

appropriate amendment to Complaint ¶¶2, 3 and 4.

In the absence of a November 28 delivery to this Court's chambers of a paper copy of the required amendment to the Complaint, this Court would be constrained to dismiss both the Complaint and this action for lack of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 20, 2006